21IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW2:14CR7 |
| | ) | (Financial Litigation Unit) |
| KEITH ALAN FRANKLIN, | ) | |
|     Defendant. | ) | |

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL:

This Writ of Execution issued by the United States District Court for the Western District of North Carolina is in favor of the United States of America and against Defendant Keith Alan Franklin, social security number XXX-XX-XXXX, whose last known address is XXXXXXXXXXXXXXXX, for the claimed debt in the above cited action in the amount of at least $400,000.00, but less than $1,000,000.00.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to execute on property in which the defendant has a substantial nonexempt interest, including the following property:

(1) 2008 Honda CBR 1000 RR MC, VIN: JH2SC59018MM008815
(2) 2010 Honda CBR 1000 RR MC, VIN: JH2SC5904AK200912
(3) 2012 Ford Mustang (Red), VIN: 1ZVBP8FF2C5215740
(4) 2013 Jeep Grand Cherokee SRT 8 (Black), VIN: 1C4RJFDJ3DC610053
(5) 2013 Ford Mustang (White), VIN: 1ZVBP8CF7D5247153
(6) 2013 Toyota Sequoia Platinum (White), VIN: 5TDDW5G15DS082869
(7) 2008 Triton Trailer, VIN: 4TCSU11648H116310
(8) 2007 Jeep Grand Cherokee – Hemi, VIN: 1J8HR58227C589646
(9) 2013 Jeep Wrangler Unlimited (White), VIN: 1C4BJWDG6DL558553
(10) 2007 Jeep Grand Cherokee SRT 8 (Silver), VIN: 1J8HR78327C631852
(11) 2005 Nissan Titan, VIN: 1N6BA07B85N559462
(12) 2004 Honda CBR 600 RR MC, VIN: JH2PC37084M101063
(13) 2009 Polaris Ranger RZR 800 ATV, VIN: 4XAVH76A59D651595
(14) 2013 Polaris Scrambler 850 ATV, VIN: 4XAGH85A6DA575685
(15) 2011 Polaris Sportsman 800 ATV, VIN: 4XAMH76A3BA044355

(16) 2013 Cana AM Outlander 1000 ATV, VIN: 3JBLWPP18DJ000418
(17) 1998 Jeep Grand Cherokee, VIN: 1J4GZ88Z1WC181200
(18) 2012 Jeep Wrangler (Black), VIN: 1C4AJWAG1CL175151
(19) 2007 Yamaha R6 MC, VIN: JYARJO6E77AO36016
(20) 2006 Malibu Wake Setter Boat - 23', VIN: MB2M4023I506
(21) 2006 Boat Mate Trailer model 2320001, VIN: 5A7BB23266T000836
(22) 2004 Bombadier GTX (Yellow), VIN: ZZN25295D404
(23) 2006 Bombadier Sea Doo (Red), VIN: YDV33653A606
(24) 2004 Triton Sea Doo Trailer, VIN: 4TCSM11254HL25255
(25) 2002 Chevy GMT-400 Silverado, VIN: 1GCEK14V62Z254483
(26) 1996 Toyota 4 Runner Limited, VIN: JT3HN87R9T0033451
(27) 2007 Jeep Grand Cherokee SRT 8, VIN: 1J8HR78357C618755
(28) 2000 Ford SRW Super Duty TK (F250), VIN: 1FTNX21F8YEC22039
(29) 2004 Suzuki GSX R600K MC, VIN: JS1GN7CA242109495
(30) New Holland Front Loader, s/n: 100741
(31) Kit Car
(32) Cash in the approximate amount of $62,585.27
(33) Diamond Engagement Ring, estimated to value an approximate amount of $38,575.00.

Upon information and belief, these items are being held by Carolina Auction, Department of the Treasury and/or the United States Secret Service.

In accordance with the statute, the United States Marshal Service may deduct from the gross proceeds generated from the sale of the levied property the costs and expenses incurred by the United States Marshal Service and/or its authorized agent.

The United States Marshal Service, in accordance with the statute, is commanded to turn over the net proceeds realized from the sale of the levied property to the United States Clerk of Court following the sale of said property and remit payment to the United States District Court, 401 West Trade Street, Charlotte, NC 28202 with attention to: Court Number DNCW2:14CR7.

The United States Marshal Service, in accordance with the statute, is further commanded to file a Notice of Levy as to the net proceeds realized from the sale of levied property within ten days after the sale of said property.

TO THE UNITED STATES CLERK OF COURT:

The Court hereby directs the United States Clerk of Court to accept prepayment of monetary penalties and deposit funds into the non-interest Treasury Registry Fund until entry of the Judgment; and, upon entry of the Judgment, the United States District Clerk of Court is directed to transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims.

_____
Dennis L. Howell
United States Magistrate Judge