IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW2:14CR7 |
| | ) | (Financial Litigation Unit) |
| KEITH ALAN FRANKLIN | ) | |

## ORDER

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Amend Writ of Execution (Doc. No. 56) is GRANTED.

It is, therefore, ORDERED that the Writ of Execution (Doc. No. 33) be amended to incorporate the following language specifically directing the manner of sell to include:

"Pursuant to the Federal Debt Procedures Act, specifically 28 U.S.C. § 3202(3)(e), and 28 U.S.C. § 2001, the United States Marshal Service shall levy on the property and be authorized, at their discretion, and in order to maximize proceeds, to contract with an entity, such as a brokerage firm, real estate agent and/or licensed auctioneer, to sell property targeted for levy and sale pursuant to this Amended Writ of Execution in any commercially feasible means.

The United States Marshal Service is not required to sale property at auction, on the premises of the property, or at the courthouse, and, waiving all advertising requirements of 28 U.S.C. 3203(g), any reasonable advertising may be used, so long as it is done in a commercially reasonable manner; no official Notice of Sale needs to be issued and posted at the

county courthouse; since more than thirty (30) days has expired since the defendant was served with the Writ, the United States and/or the United States Marshals Service can continue the sale of property aforementioned; and, no other process needs to be served on the defendant prior to the sale.

The U. S. Marshals Service will prepare a Report of Sale with the Court within five (5) days after the sale is completed. The sale will be final after the Report of Sale is filed with the Court."

Signed: July 5, 2016

Dennis L. Howell
United States Magistrate Judge