# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:14-cr-00007-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KEITH ALAN FRANKLIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 70].

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 70] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 60] is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: December 11, 2018

Martin Reidinger
United States District Judge