IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW2:14CR7 |
| ) | (Financial Litigation Unit) |
| KEITH ALAN FRANKLIN, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BLUE RIDGE GLASS INC., ) | |
| Garnishee. ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States (Doc. 81), and for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment (Doc. 77) filed in this case against the Defendant, Keith Alan Franklin, as to the Garnishee, Blue Ridge Glass Inc., is DISMISSED.

Signed: May 26, 2021

W. Carleton Metcalf
United States Magistrate Judge